# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROBERT QUIRRELS**                                                         **PLAINTIFF**

V.                    **CASE NO. 3:13CV00094-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Plaintiff Robert Quirrels's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 8th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE